UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

STATEMENT OF UNDISTRIBUTED BALANCE

In the Matter of:                    Case Number 09-27716 JHW

Debtor: Milton G. & Danish Shams

| Check Number | Creditor | Amount |
|---|---|---|
| 1709876 | Wells Fargo Home Mortgage, Inc. | 3536.15 |

/s/ Isabel C. Balboa
Isabel C. Balboa
Chapter 13 Standing Trustee

Dated:   November 17, 2010